IN THE UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| T.E. T.E. RAJ K. PATEL, from all capacities, | |
| *Plaintiff-Appellant* | D.D.C. No. 1:22-cv-03302-UNA |
| v. | D.C. Cir. No. 22-5335 |
| THE UNITED STATES, SECRETARY ALEJANDRO MAYORKAS, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | Dated: January 31, 2023 |
| *Defendants-Appellees* | |

RECEIVED FEB - 1 2023 UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

## MOTION FOR E-NOTICE AND E-FILING PRIVELEGES

I, T.E. T.E. Raj K. Patel (pro se) (*IFP*), move this court to provide me e-noticed for all docketed and filed items at rajp2010@gmail.com, which is also associated my PACER account. Fed. R. Civ. P. 8(e). Erickson v. Pardus, 551 U.S. 89, 94 (2007).

I also move that this court allow me self e-file using the D.C. Circuit PACER using the same aforementioned e-mailed, rajp2010@gmail.com. I already have access to self e-filing with the United States Court of Appeals for the Federal Circuit. I am IFP, and self e-filing will allow me to avoid unneeded cost.

Therefore, I move to receive the standard courtesy e-notice and access to self e-filing.

From the basis of the United States,

/s/ Raj K. Patel

1

T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 2013-2014 (corp. sovereign 2013-present)
Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 2009-2010 (corp. sovereign 2009-present)
Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 2017
Deputy Regional Director, Young Democrats of Am.-High Sch. Caucus 2008-2009
Co-Founder & Vice Chair, Ind. High Sch. Democrats 2009-2010
Vice President of Fin. (Indep.), Oxford C. Republicans of Emory U., Inc. 2011-2012

Volunteer, Barack Obama for America (2008)

Intern, Jill Long Thompson for Governor (2008)

Intern, Marion Cnty. Clerk Elizabeth "Beth" White for Sec'y of St. of the St. of Ind. (2014)

J.D. Candidate, Notre Dame L. Sch.

## **CERTIFICATE OF SERVICE**

In addition to service to the United States by the Clerk of the Court of Federal Claims, I served the following individual via e-mail on January 31, 2023:

    **The United States**
    **Matthew M. Graves, U.S. Attorney**
    U.S. Attorney's Office for D.C.
    601 D Street, NW
    Washington, DC 20530
    Matthew.M.Graves@usdoj.gov

    **THE HONORABLE ALEJANDRO MAYORKAS**
    Secretary of Homeland Security
    Department of Homeland Security
    MS 0525
    2707 Martin Luther King Jr Ave SE
    Washington, DC 20528
    ogc@hq.dhs.gov

    **Ur Mendoza Jaddou, USCIS District Director**
    **United States Citizenship and Immigration Services**
    Department of Homeland Security
    2675 Prosperity Avenue
    MS2480
    Fairfax, VA 20598
    public.engagement@uscis.dhs.gov
    Washington-District-RA@uscis.dhs.gov

Dated: January 31, 2023

                          Respectfully submitted,

                          /s/ Raj K. Patel
                          T.E., T.E. Raj K. Patel (*pro se*)
                          6850 East 21st Street
                          Indianapolis, IN 46219
                          Marion County
                          317-450-6651 (cell)
                          rajp2010@gmail.com
                          www.rajpatel.live

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## REQUEST FOR EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES

**Name:** Raj K. Patel

**Organization:**

**Address:** 6850 East 21st Street

**City:** Indianapolis    **State:** IN    **Zip Code:** 46219

**Phone:** (317) 4506651    **Fax:** ( )

The Judicial Conference of the United States has prescribed a fee for electronic public access to court data, as set forth in the Electronic Public Access (EPA) Fee Schedule. The schedule provides that the court may exempt persons or classes of persons from the fees, in order to avoid unreasonable burdens and to promote public access to such information. Exemptions will be granted as the exception, not the rule. The exemption language is intended to accommodate those users who might otherwise not have access to the information in this electronic form. It is not intended to provide a means by which a court would exempt all users.

Examples of persons and classes of persons who may be exempted from electronic public access fees include, but are not limited to: indigents; notfor-profit organizations; and voluntary ADR neutrals.

I request an exemption from the electronic public access fees for the following reasons:

> pro se plaintiff in No. 22-5335

**Signature:** /s/ Raj K. Patel

**Date:** 1/30/23

Please complete and send to:
U. S. Court of Appeals for the D.C. Circuit
Office of the Clerk, Attn: EPA Fees Exemption
333 Constitution Ave., N.W., Washington, D.C. 20001-2866

USCA Form 33
August 2009 (REVISED)