# United States Court of Appeals
## For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-5335** | **September Term, 2022** |
| | 1:22-cv-03302-UNA |
| | Filed On: February 8, 2023 [1985128] |

Raj K. Patel, The Excellent the Excellent, from all capacities,

       Appellant

    v.

United States, et al.,

       Appellees

## O R D E R

Upon consideration of appellant's motion for e-filing privileges, it is

**ORDERED** that the motion be denied without prejudice. The Clerk is authorized to determine whether a party to a pending civil case who is not represented by an attorney may file by electronic means using the court's Electronic Case Files (ECF) system. See D.C. Cir. Rule 25(b)(2). Circuit Rule 25(b)(2) requires that a pro se party describe the party's access to the internet and confirm the capacity to file and receive documents electronically on a regular basis. This motion does not demonstrate that appellant meets the technical standards to participate as an ECF filer.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                         BY:   /s/
                                      Catherine J. Lavender
                                      Deputy Clerk